No. D–2242. IN RE DISBARMENT OF FREEMAN. Robert A. Freeman, of Miami, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2243. IN RE DISBARMENT OF MCKEE. Roger A. McKee, of Phoenix, Ariz., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2244. IN RE DISBARMENT OF SEAGULL. Lewis Malamud Seagull, of Westfield, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2245. IN RE DISBARMENT OF GREEN. Gary Kenneth Green, of San Diego, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2246. IN RE DISBARMENT OF MAGUIRE. James J. Maguire, Jr., of Hamilton Square, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2247. IN RE DISBARMENT OF EARLS. Donald E. Earls, of Norton, Va., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2248. IN RE DISBARMENT OF MORRISSEY. Joseph Dee Morrissey, of Richmond, Va., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.